UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO OSEGUERA, et al.,<br>Plaintiffs,<br>v.<br>LONGHUA ZHU, et al.,<br>Defendants. | Case No. 17-cv-03252-KAW<br><br>ORDER TO SHOW CAUSE |

This action was filed on June 6, 2017. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that September 5, 2017 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.

IT IS HEREBY ORDERED that by no later than November 3, 2017, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

**IT IS SO ORDERED.**

Dated: October 25, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge