UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALFONSO OSEGUERA, et al., | Case No. 17-cv-03252-PJH (RMI) |
| Plaintiffs, | |
| v. | **ORDER** |
| | Re: Dkt. No. 52 |
| LONGHUA ZHU, et al., | |
| Defendants. | |

On February 6, 2019, at 10:00 am, the court conducted a hearing regarding a discovery dispute concerning Plaintiffs' Request for Production of Documents and Special Interrogatories propounded to Defendants, as well as an opt-out process conducted by Defendants. Having considered Parties' arguments, and for the reasons stated on the record, the court hereby ORDERS as follows:

1. Within ten (10) calendar days of February 6, 2019, Defendants will provide Plaintiffs verified supplemental responses regarding employees' contact information, including addresses and telephone numbers. As to any such information that Defendants do not possess, Defendants shall certify that fact to Plaintiffs within that same ten-day period.

2. Within thirty (30) calendar days of February 6, 2019, Defendants will provide Plaintiffs all payroll and timekeeping documents for all current or former employees, who did not sign opt-out notices, and who worked or work for Defendants during the relevant time period.

3. Plaintiffs' request for payroll and timekeeping documents of those employees who have signed opt-out notices is DENIED. If Plaintiffs believe that they are entitled to receive payroll and timekeeping documents for those employees who have signed opt-out notices, after following the meet and confer procedures, the Parties may submit a joint letter brief, including supporting authority, to the court.

4. Within thirty (30) calendar days of February 6, 2019, Defendants will grant Plaintiffs' expert reasonable access to Defendants' Point of Sale Records during regular business hours. Defendants shall make all Point of Sale Records of the relevant time period available and Plaintiffs' expert shall download electronic Point of Sale Records at Fusan Corporation's restaurant address at Plaintiff's sole expense.

5. The Parties shall agree on a stipulated protective order. Documents and information to be produced by Defendants as set forth above may be marked for protection if appropriate.

**IT IS SO ORDERED.**

Dated: February 11, 2019

ROBERT M. ILLMAN
United States Magistrate Judge