UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALFONSO OSEGUERA, *et al.*, <br> Plaintiffs, <br> v. <br> LONGHUA ZHU, *et al.*, <br> Defendants. | Case No. 17-cv-03252-PJH (RMI) <br><br> **ORDER ON DISCOVERY MOTION** <br> Re: Dkt. No. 57 |

On April 10, 2019, the undersigned held a hearing on the parties' Discovery Dispute Statement (dkt. 57). For the reasons stated on the record, and after finding that the opt-out Documents signed by current and former employees entitled "NOTICE OF A PAGA LAWSUIT AND NOT TO PARTICIPATE" are not reliable or may be coercive, it is ORDERED that Defendants will provide Plaintiffs' counsel all payroll and timekeeping documents of those employees who signed an opt-out document provided by Defendants, by June 9, 2019. While social security numbers may be redacted from payroll and timekeeping documents, the names of the employees shall not be redacted. The documents to be produced here are protected under the Protective Order entered in the action.

**IT IS SO ORDERED.**

Dated: May 1, 2019

ROBERT M. ILLMAN
United States Magistrate Judge