UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO OSEGUERA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LONGHUA ZHU, et al.,<br><br>Defendants. | Case No. 17-cv-03252-PJH<br><br>**ORDER VACATING TRIAL AND RELATED DATES AND SETTING A CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 95 |

The court is in receipt of plaintiffs' "Motion to Modify the Court's Pretrial Scheduling Order." Dkt. 95. Good cause appearing, the court hereby **VACATES** the existing trial date and all related dates and deadlines. Further, the court **ORDERS** the parties (or their respective counsel, if any) to appear before the court for a case management conference on **May 28, 2020**. By May 21, 2020, the parties must also file a case management statement in accordance with the court's December 7, 2017 Order Setting Case Management Conference. Dkt. 19. Consistent with that order, defendant Longhua Zhu may submit a separate statement. All case management conferences shall be held telephonically through CourtCall. The parties shall refer to Judge Hamilton's Notice re CMC Telephonic Appearance Procedures for using CourtCall services.

This order does not alter the court's March12, 2020 order concerning defendant Fusan Corporation's deadline to retain substitute counsel. Dkt. 93. As set forth in that order, any substitute counsel must enter his or her notice of appearance in this action by March 31, 2020. Further, attorney Danning Jiang remains obligated to receive and forward any filings in this action until March 31, 2020.

**IT IS SO ORDERED.**

Dated: March 30, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge