UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO OSEGUERA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LONGHUA ZHU, et al.,<br><br>    Defendants. | Case No. 17-cv-03252-PJH<br><br>**ORDER CONTINUING CMC AND SETTING TIME FOR DEFENDANT ZHU TO DECLARE BANKRUPTCY**<br><br>Re: Dkt. No. 96 |

The court is in receipt of plaintiff's "case management statement." Dkt. 99. In it, plaintiff indicates that, at a May 6, 2020 meeting of creditors in connection with his corporate co-defendant's bankruptcy proceeding, defendant Longhua Zhu ("defendant Zhu") "disclosed" his intent to file for bankruptcy. Id. at 2. Defendant Zhu has not contested this assertion and, in any event, failed to file any case management statement.

Given the above, the court **CONTINUES** the May 28, 2020 case management conference. The court will allow defendant Zhu 45 days from the date of this order to file the above-mentioned bankruptcy and provide this court with notice of such filing. If defendant Zhu has not done so by that date, the parties are **ORDERED** to appear for a case management conference on **July 16, 2020**. In that event, the parties must file a statement in accordance with the court's December 7, 2017 Order Setting Case Management Conference (Dkt. 19) by July 9, 2020. The court will notice follow-up instructions detailing the time and method for any such conference. Lastly, to the extent plaintiff has an email address for defendant Zhu, the court **ORDERS** plaintiff to immediately send a copy of this order to such address.

**IT IS SO ORDERED.**

Dated: May 26, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge