UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO OSEGUERA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LONGHUA ZHU, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-03252-PJH<br><br>**ORDER FOR CLERK OF COURT TO CLOSE CASE GIVEN BANKRUPTCY STAY**<br><br>Re: Dkt. Nos. 97, 101 |

　　　　It appears from the notices of bankruptcy filed with this court on April 1, 2020 (Dkt. 97) and June 12, 2020 (Dkt. 101) that defendants Fusan Corp. ("Fusan Corp.") and Longhua Zhu have separately filed a petition in bankruptcy and that an automatic stay is in effect for each defendant. As there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED that the Clerk of the Court shall close the case.

　　　　IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

　　　　Lastly, the court notes that it previously allowed Fusan Corp. until March 31, 2020 to retain substitute counsel. Dkt. 93 at 3. In that order, the court cautioned that "failure to substitute counsel within the time allowed may result in an entry of default" against it. Id. Since then, prior counsel for Fusan Corp., Danning Jiang, has been relieved. If this case is reinstituted and Fusan Corp. fails to retain qualified counsel, it remains subject to an entry of default.

**IT IS SO ORDERED.**

Dated: August  5, 2020

                                         */s/ Phyllis J. Hamilton*
                                         PHYLLIS J. HAMILTON
                                         United States District Judge